DAVID McCONNELL, Appellant, *v.* WILLIAMS STEAMSHIP COMPANY, INC., et al., Respondents.

(Argued October 1, 1934; decided October 9, 1934.)

*Corydon B. Dunham* for motion.

*Charles A. Ellis* opposed.

Motion denied with leave to renew on argument of appeal.